# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

Penny Choate                                    Civil Action No. 05-0298

versus                                          Judge Tucker L. Melançon

Jo Anne Barnhart, Comm.                         Magistrate Judge Methvin
Social Security Adm.

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and thereby adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED that this case is REVERSED and that Penny Choate be awarded benefits consistent with an onset date of August 15, 1999.[1]

Thus done and signed this 1st day of March, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

---

[1] This constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993), *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).